THE BOROUGH OF EAST NEWARK ET AL., PLAINTIFFS IN ERROR, v. KEARNEY TOWNSHIP AND HENRY GREENFIELD, DEFENDANTS IN ERROR.

THE STATE, SAMUEL E. GRADY, PLAINTIFF IN ERROR, v. KEARNEY TOWNSHIP ET AL., DEFENDANTS IN ERROR.

On error to the Supreme Court.  For opinion of the Supreme Court, see *ante p.* 86.

For the plaintiffs in error, *Edward Kenny* and *Richard V. Lindabury.*

For the defendants in error, *J. Franklin Crowell* and *Charles L. Corbin.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, DIXON, LIPPINCOTT, MAGIE, BARKALOW, BOGERT, DAYTON, HENDRICKSON, KRUEGER, NIXON.   10.

*For reversal*—None.